UNITED STATES, Appellee

v

EARL D. FRANCIES, Lance Corporal, U. S. Marine Corps, Appellant

20 USCMA 291, 43 CMR 131

No. 23,609

January 22, 1971

*Captain Paul A. Reichs,* USMCR, was on the pleadings for Appellant, Accused.

*Commander Michael F. Fasanaro, Jr.,* JAGC, USN, was on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

In a court-martial composed of a military judge alone, the appellant's request *in writing* to be so tried is a jurisdictional prerequisite. United States v Dean, 20 USCMA 212, 43 CMR 52 (1970).

As in *Dean,* the absence of a written request here causes us to reverse the decision of the United States Navy

Court of Military Review, set aside the findings and the sentence, and return the record of trial to the Judge Advocate General of the Navy. Another trial may be ordered.

Judge FERGUSON concurs.

QUINN, Chief Judge (dissenting):

I would affirm the decision of the United States Navy Court of Military Review for the reasons set out in my dissent in United States v Dean, 20 USCMA 212, 43 CMR 52 (1970).